# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0417
LT Case No. 18-2023-CA-99

_____

SI'LESHIA GREEN, as Parent and
Natural Guardian of K.B., a
Minor Child,

    Appellant,

    v.

FLAGLER COUNTY SCHOOL
BOARD,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Christopher A. France, Judge.

Jonathan J. Luca, of Luca Law Firm, St. Augustine, for
Appellant.

Laura K. Wendell and Peter D. Waldman, of Weiss Serota
Helfman Cole & Bierman, P.L., Coral Gables, for Appellee.

April 21, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____